IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHANIE MARROQUIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-14-608 |
| | § |
| SOLID EXECUTIVE PARTNERS, LLC. | § |
| and DANIEL MUELLER, | § |
| | § |
| Defendants. | § |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No.6 ). The motion is granted. The initial pretrial and scheduling conference is reset to **August 29, 2014, at 9:30 am.** The joint discovery/case management plan is due by August 15, 2014.

SIGNED on May 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge